UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BROOKS, *et al.*,

                    Plaintiff,

            -against-

AVIS BUDGET GROUP, INC., *et al.*,

                    Defendant.
-----------------------------------------------------------------X

**ORDER**

**23-cv-1657 (PGG) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Should the Parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by August 31, 2023 at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

      Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The Parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

      SO ORDERED.

DATED:   New York, New York
              July 20, 2023

                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge