UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RONESE R. BROOKS, *et al.*,

                        Plaintiffs,                  **ORDER**

           -against-                           **23-cv-1657 (MMG) (JW)**

AVIS BUDGET GROUP, INC., *et al.*,

                        Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This Court is in receipt of Defendants' letter motion for conference at Dkt. No. 29.  Pursuant to this Court's Individual Practices Section (II)(A), any responsive letter was to be submitted within 3 business days.  To date, no such responsive letter has been filed.  Defendants are directed to file the subject email under seal for this Court's *in camera* review by **April 16, 2024**.  The selected viewership should be limited to the Court and the attorneys of record.

      SO ORDERED.

DATED:    New York, New York
                April 12, 2024

                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge