

_____

**Kevin D. Clinton**
*Associate*
Email: kclinton@pmtlawfirm.com

232 Madison Avenue – Suite 909, New York, NY 10016
Ph:  (212) 461-6115
Fax: (914) 703-6688

https://www.pmtlawfirm.com

> This request has been GRANTED. It was granted by the order at Dkt. No. 32.  SO ORDERED.
>
> *Jennifer E. Willis*
> _____
> Jennifer E. Willis
> United States Magistrate Judge
>
> April 12, 2024

April 12, 2024

**Via ECF Only**
The Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, New York 10007

      Re:    **Ronese R. Brooks and Elvis Campbell v. Avis Budget Group, Inc. and PV Holding Corp.**
             **SDNY Case No.:**    1:23-cv-01657
             **PMT File No.:**      DA-AVIS-00558

Dear Judge Willis:

      This law firm represents defendants Avis Budget Group, Inc. and PV Holding Corp. in this matter. In accordance with Your Honor's order (Docket Entry #32), please allow this letter to serve as Defendants' motion to file the subject email under seal for *in camera* review.

      I thank the Court for its time and attention to this matter.

                                     Respectfully submitted,

                                     *Kevin D. Clinton*

                                   Kevin D. Clinton, Esq.

KDC/kdc

cc:    **Via ECF Only**
       Christopher Scott Joslin, Esq.
       **David Horowitz, P.C.**
       *Attorneys for Plaintiffs*
       171 Madison Avenue, Suite 1300
       New York, New York 10016
       (212) 684-3630